

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00358-CV

| | | |
|---|---|---|
| CITY OF WHITE SETTLEMENT, TEXAS, AND THE WHITE SETTLEMENT ECONOMIC DEVELOPMENT CORPORATION, Appellants | § § § § § | On Appeal from the 48th District Court of Tarrant County (048-288516-16) September 27, 2018 |
| V. | | |
| BENJAMIN S. EMMONS, AND SOURCE CAPITAL, LLC, Appellees | | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is reversed in part and affirmed in part. We reverse the trial court's special appearance order as to the City Claimants' claims against Source Capital and as to their fraud and negligent misrepresentation claims against Emmons. We affirm the trial court's order granting Emmons's special appearance on the breach of contract, promissory estoppel, conversion, and TTLA-violation claims.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell          
        Justice Wade Birdwell